

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121

January 23, 2025

Chambers of Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315
Via ECF/CM

    Bankruptcy Case: 24-22914-cgm Shajar Cheema
    In Re: Loss Mitigation Status Report, Hearing 01/29/2025

To Whom it May Concern:

    Our firm represents U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (the "Creditor") in the above referenced matter.

    A status hearing on the pending loss mitigation proceedings is scheduled for Wednesday, January 29, 2025, at 9:00am.

    As of the date of this status report, Creditor has not yet received any documentation or information to support the loss mitigation application.

    If you should have any questions, please contact our office.

    Thank you for your anticipated assistance.

*Jonathan Roman*

Jonathan Roman, Esquire

www.hoflawgroup.com

298 Wissahickon Ave., North Wales, PA 19454 · 215.855.9521
4300 N. Miller Road, Suite 232, Scottsdale, AZ 85251 · 800.680.1648 | 1451 Chews Landing Road, Suite 206, Laurel Springs, NJ 08021 · 856.352.4905